


UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CAUSE NO. 3:19CR00112(02) |
| | § | |
| JOHN MERVYN PRICE | § | |

## MOTION TO EXTEND SURRENDER DATE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the Defendant, **JOHN MERVYN PRICE**, by and through undersigned counsel and files this Motion to Extend Surrender Date. Defendant was ordered by the Court to surrender to the Federal Bureau of Prisons on March 1, 2023 at 2pm. Defendant would like to say goodbye to his son, who lives out of the country, and he is assisting his wife find affordable housing, which is proving to be a difficult task. Consequently, Defendant respectfully requests the Court allow him to surrender on/about March 20, 2023.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests this Honorable Court to continue the surrender date to March 20, 2023.

Respectfully Submitted,

*/s/ David Finn*
David Finn
4015 Main Street
Suite 100
Dallas, Texas 75226
Telephone 214 522 4500
Facsimile 214 528 4500
Texas State Bar No.
07026900
judgefinn@davidfinn.com

ATTORNEY FOR DEFENDANT

1

## CERTIFICATE OF CONFERENCE

I, David Finn, hereby certify that I have attempted to confer with AUSA Mary Walters and she was unavailable.

*/s/ David Finn*
David Finn

## CERTIFICATE OF SERVICE

I, David Finn, hereby certify a true and correct copy of the foregoing motion was delivered by ECF filing to AUSA Mary Walters on this the 8th day of February 2023.

*/s/ David Finn*
David Finn

2

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V.                           § | CAUSE NO. 3:19CR00112(02) |
| § | |
| JOHN MERVYN PRICE   § | |

**ORDER**

CAME ON FOR CONSIDERATION, this _____ day of _____, 2023, in the above-styled and numbered cause, the foregoing Motion to Extend Surrender Date to March 20, 2023 is hereby GRANTED / DENIED.

_____
The Honorable Ed Kinkeade
UNITED STATES DISRICT JUDGE

1